The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RUSSELL DEAN HARRIS,

    Plaintiff,

vs.

SEATTLE UNIVERSITY, SEATTLE UNIVERSITY SCHOOL OF LAW, AND JORDAN TALGE,

    Defendants.

Case No. 2:17-cv-01687-RSL

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

## STIPULATION

By and through their undersigned counsel of record, the parties hereby stipulate and jointly request that the Court dismiss any and all claims in the above-entitled action in their entirety, with prejudice and without costs or attorneys' fees to any party.

///
///
///
///
///

DATED: 2/15/18

| | |
|---|---|
| s/ _____ <br> Russell Dean Harris <br> 7363 148th Avenue NE <br> Redmond, WA 98052 <br> Telephone (520) 300-0423 <br> E-mail: russelldeanharris@gmail.com <br><br> Plaintiff | s/ Michael Porter <br> s/ Katie Loberstein <br> Michael J. Porter, WSB No 37339 <br> Katie Loberstein, WSB No 51091 <br> MILLER NASH GRAHAM & DUNN LLP <br> 3400 U.S. Bancorp Tower <br> 111 S.W. Fifth Avenue <br> Portland, OR 97204 <br> Telephone (503) 224-5858 <br> Fax (503) 224-0155 <br> E-mail: mike.porter@millernash.com <br> E-mail: katie.loberstein@millernash.com <br> Attorneys for Defendant Seattle University |

## ORDER

In accordance with the parties' Stipulation and Request for Dismissal, the Court hereby orders that any and all claims in this matter are hereby DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED: Feb 21, 2018

_____
THE HONORABLE ROBERT S. LASNIK